Robert R. Hager, SBN 1482
Treva J. Hearne, SBN 4450
HAGER & HEARNE
245 E. Liberty St., Ste. 110
Reno, NV 89501
Tel: (775) 329-5800
Fax: (775) 329-5819

```
_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

            JAN 1 8 2012

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRED MESI and ERIC MESI, | Case No. 3:09-cv-00582-HDM-VPC |
| Plaintiffs, | |
| v. | |
| WASHINGTON MUTUAL, F.A. Et al., | |
| Defendants. | |

_____/

### NOTICE OF WITHDRAWL OF CO-COUNSEL

COMES NOW, Robert R. Hager, Esq. and Treva J. Hearne, Esq., HAGER & HEARNE, and hereby withdrawal as Co-Counsel in the above-captioned case.

DATED this 17th day of January, 2012.

/s/ ROBERT R. HAGER
Robert R. Hager, SBN 1482

/s/ TREVA J. HEARNE
Treva J. Hearne, SBN 4450
HAGER & HEARNE
245 E. Liberty St., Ste. 110
Reno, NV 89501
Tel: (775) 329-5800
Fax: (775) 329-5819

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED January 18, 2012

1