Robert R. Hager, SBN 1482
Treva J. Hearne, SBN 4450
HAGER & HEARNE
245 E. Liberty St., Ste. 110
Reno, NV 89501
Tel: (775) 329-5800
Fax: (775) 329-5819

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

         JAN 1 8 2012

     CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY:_____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FRED MESI and ERIC MESI,                    Case No. 3:09-cv-00582-HDM-VPC

    Plaintiffs,

v.

WASHINGTON MUTUAL, F.A.
Et al.,

    Defendants.
_____/

### NOTICE OF WITHDRAWL OF CO-COUNSEL

COMES NOW, Robert R. Hager, Esq. and Treva J. Hearne, Esq., HAGER & HEARNE, and hereby withdrawal as Co-Counsel in the above-captioned case.

DATED this 17th day of January, 2012.

                                                         _/s/ ROBERT R. HAGER_
                                                         Robert R. Hager, SBN 1482

                                                          _/s/ TREVA J. HEARNE_
                                                           Treva J. Hearne, SBN 4450
                                                          HAGER & HEARNE
                                                           245 E. Liberty St., Ste. 110
                                                           Reno, NV 89501
                                                           Tel: (775) 329-5800
                                                           Fax: (775) 329-5819

**IT IS SO ORDERED**

_[signature]_
U.S. MAGISTRATE JUDGE

DATED: _January 18, 2012_

1