Kent F. Larsen, Esq.
Nevada Bar No. 3463
Joseph T. Prete, Esq.
Nevada Bar No. 9654
SMITH LARSEN & WIXOM
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002    Fax: (702) 252-5006
Email: kfl@slwlaw.com and jtp@slwlaw.com
Attorneys for California Reconveyance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| FRED MESI and ERIC MESI,<br><br>Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL F. A., a Federal Savings Bank; CALIFORNIA RECONVEYANCE COMPANY, a Foreign California Corporation; LaSALLE BANK, N. A. as Trustee for Wa Mu MORTGAGE PASS- THROUGH CERTIFICATES SERIES 2006-AR7 TRUST; WESTERN EXCHANGE SERVICES CORP, a Nevada Corporation, WESTERN TITLE COMPANY, INC., a Nevada Corporation; GENEVA MARTRAKUS, DANITA F. FALLEN, and MESHELLE BAGGERMAN, individually; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BANK OF AMERICA CORPORATION, N.A.; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action,<br><br>Defendants. | CASE NO:   3:09-cv-00582-JCM-VPC<br><br>**CALIFORNIA RECONVEYANCE COMPANY'S MOTION TO EXPUNGE/ CANCEL LIS PENDENS**<br><br>**[REQUEST FOR EXPEDITED HANDLING PURSUANT TO LR 6-1]** |

Defendant, California Reconveyance Company, by and through its undersigned counsel respectfully moves this Court for an order expunging a notice of lis pendens recorded by Plaintiffs (through their former counsel) in connection with the above referenced action. A copy of that notice of lis pendens is attached hereto as **Exhibit A**.

As this Court is aware, this case involved the non-judicial foreclosure proceeding relative to the real property located at 1329 Winnie's Lane, Fernley, Lyon County, Nevada 89408 (APN 022-226-04) (the "Property"). Plaintiffs' former counsel prepared and recorded the lis pendens, which was recorded on August 25, 2009, in the Official Records of the Lyon County, Nevada Recorder, as Document No. 447286 (*see* **Exhibit A**).

On January 29, 2013, California Reconveyance Company filed a motion to expunge lis pendens which was denied by Court Order dated March 25, 2013 because, in the Court's determination, the lawsuit had not yet been dismissed as against all remaining defendants. (*See* Doc. # 84.)

On July 24, 2013, Lasalle Bank filed a motion to dismiss (Doc. # 88) which was granted by Court Order dated November 15, 2013. (See Doc. # 96.) The November 15, 2013 Order explained, in pertinent part:

> Plaintiffs are defaulting borrowers who originally filed suit in Nevada state court against ten separate defendants challenging their standing to foreclose on plaintiffs' property and alleging that defendants engaged in predatory lending. The case was removed to this court on October 1, 2009 (See doc. #1). Notices of related cases and tag-along actions were then filed. The case was subsequently consolidated with four other actions and transferred to the Multidistrict Litigation Panel ("MDL") in the United States District Court for the District of Arizona. Through a series of transfers, remands, stipulations for dismissal, and motions to dismiss, <u>**all defendants within this court's jurisdiction have been dismissed except for defendant LaSalle, who now requests to be dismissed from the action.** ... IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant LaSalle Bank's motion to dismiss with prejudice (Doc. #88) be, and the same hereby is, GRANTED.</u>

(*Id.*, emphasis added.)

2

As this litigation has now concluded as against all named defendants, Defendant California Reconveyance Company is requesting the Court herein issue an order expunging the referenced notice of lis pendens.[1] A copy of a proposed form of order is attached hereto as **Exhibit B** for the Court's convenience.

Dated this 19 day of November, 2013.

SMITH LARSEN & WIXOM

_____
Kent F. Larsen, Esq.
Nevada Bar No. 3463
Joseph T. Prete, Esq.
Nevada Bar No. 9654
Hills Center Business Park
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
Attorneys for California
Reconveyance Company

---

[1] NRS 14.015(1) provides that after a lis pendens is filed, the defendant may request and is entitled to a hearing on the matter which must be set "as soon as is practicable, taking precedence over all other civil matters except a motion for a preliminary injunction." At the hearing, the party who recorded the lis pendens must establish, among other things, that the action was not brought in bad faith, that he is able to perform any conditions precedent to the relief sought in the action as it affects the title or possession of the property, and that he is likely to prevail in the action or has a fair chance of prevailing and would suffer greater hardship than the defendant if the lis pendens were expunged and title were transferred. NRS 14.015(2) and (3). Plaintiffs do not have a likely chance, or even a fair chance, of prevailing on the merits, as required by NRS 14.015(2) and (3), as the Court has dismissed this case as against all named defendants. Therefore, Plaintiffs' notice of lis pendens should be expunged by this Court.

# CERTIFICATE OF SERVICE

I hereby certify that on November 19th, 2013, a copy of the foregoing **California Reconveyance Company's Motion to Expunge/Cancel Notice of Lis Pendens**, was served electronically via CM/ECF, or by mail, postage prepaid, to the following:

Fred Mesi
Eric Mesi
1329 Winnie's Lane
Fernley, Nevada 89408
Plaintiffs in proper person
(Served Via U.S. Mail)

Courtesy Copy to:

Rick Lawton, Esq.
1460 Highway 95A, North, Ste. 1
Fernley, NV 89408

*Debbee Hart*
An employee of Smith Larsen & Wixom

**EXHIBIT A**

APN# 022-221-04

**Recording Requested by:**

Name: Law Office Rick Lawton

Address: 543 E Reno Hwy

City/State/Zip: Fallon, NV 89406

**Mail Tax Statements to:**

Name: N/A

Address: _____

City/State/Zip: _____

```
DOC # 447286
08/25/2009          10 07 AM
Official Record
Requested By
LAW OFFICE OF RICK LAWTON
Lyon County - NV
Mary C Milligan - Recorder
Page   1    of 3     Fee    $16 00
Recorded By  CDL        RPTT

0447286
```

Notice of Lis Pendens
**Title of Document**
(Required Field)

FILL IN ALL THAT APPLY

The Undersigned Hereby Affirms That This Document Submitted For Recording Contains Personal Information As Required By Law*-

Specify Law* _____   Signature _____

Specify Law* _____   Print Name _____   Title _____

*If there is no applicable State or Federal Law, Personal Information must be removed prior to recording

If this document is a re-record or correction, fill out below

Correcting Document# _____ Amending _____

Reason for re-record _____

(For Re-records, all pages from original document must be included, $25 Non-conforming Fee Applies)

If legal description is in metes & bounds, indicate where it was obtained

_____ (Document Title), Book _____ Page _____ or

Document # _____ recorded _____ (date) in the

Lyon County Recorder's Office

-OR-

If prepared by a surveyor, provide name and address

_____

_____

Personal information" means a natural person's first name or first initial and last name in combination with any one or more of the following data elements
1  Social security number
2  Driver's license number or identification card number
3  Account number, credit card number or debit card number  in combination with any required security code, access code or password

This page added to provide additional information required by NRS 111 312 Sections 1-4
($1 00 Additional Recording Fee Applies)

447286   08/25/2009
002 of 3

Case No. CI20215

Dept. No. III

The undersigned hereby affirms that this
Document does not contain a social security no

FILED

2009 AUG 25 AM 9:38

Andrea Andersen

IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF LYON

FRED MESI and ERIC MESI,

   Plaintiffs

vs.

WASHINGTON MUTUAL F.A, a Federal Savings Bank; CALIFORNIA RECONVEYANCE COMPANY, a Foreign California Corporation, La SALLE BANK, N A as Trustee for Wa Mu MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 TRUST;.,WESTERN EXCHANGE SERVICES CORP, a Nevada Corporation, WESTERN TITLE COMPANY, INC. a Nevada Corporation; GENEVA MARTRAKUS, DANITA F. FALLEN, and MESHELLE BAGGERMAN, individually, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC , a Delaware corporation, [MERS], BANK OF AMERICA CORPORATION, N.A, and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action

   Defendants.

**NOTICE BY PLAINTIFF**

**OF PENDENCY OF ACTION**

NOTICE IS HEREBY GIVEN that an action has been commenced <u>TO QUIET TITLE</u> in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to Quiet the Title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim

Rick Lawton's Law Office
5435 Reno Hwy
PO Box 1740
Fallon, Nevada 89406
Ph  775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

||||| 447286   08/25/2009
003 of 3

estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Lyon, State of Nevada, and are more particularly described as follows:

The action pertains to the following described property.

1329 WINNIE'S LANE, FERNLEY, NEVADA 89408

All that real property situated in the County of Lyon, State of Nevada, described as follows

Lot 87, as shown on the Final Map of UPLAND RANCH ESTATES UNIT NO. 8, according to map thereof, filed in the office of the County Recorder of Lyon County, State of Nevada, on October 08, 2004, as document No 332868, and amended by Certificate of Amendment on December 23, 2004, as Document No. 33009.

APN: 022-226-04

DATED: This 25 day of August, 2009

RICK LAWTON, ESQUIRE
Attorney at Law
5435 Reno Hwy.
Fallon, Nevada 89406

By /s/ Rick Lawton
RICK LAWTON, Esquire

CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in my office

DATE August 25, 2009
N... ...  Clerk of
the ... ... of the State
of Nevada, in and for Lyon County.

By /s/ Andrea Andersen
              Deputy

5435 Reno Hwy
PO Box 1740
Fallon, Nevada 89406
Ph 775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

# EXHIBIT B

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRED MESI and ERIC MESI,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL F. A., a Federal Savings Bank; CALIFORNIA RECONVEYANCE COMPANY, a Foreign California Corporation; LaSALLE BANK, N. A. as Trustee for Wa Mu MORTGAGE PASS- THROUGH CERTIFICATES SERIES 2006-AR7 TRUST; WESTERN EXCHANGE SERVICES CORP, a Nevada Corporation, WESTERN TITLE COMPANY, INC., a Nevada Corporation; GENEVA MARTRAKUS, DANITA F. FALLEN, and MESHELLE BAGGERMAN, individually; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BANK OF AMERICA CORPORATION, N.A.; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action,<br><br>　　　　　Defendants. | CASE NO:　　3:09-cv-00582-JCM-VPC<br><br>**ORDER EXPUNGING/CANCELING NOTICE OF LIS PENDENS** |

　　　　The Court, having considered the Motion to Expunge/Cancel Notice of Lis Pendens, filed with the Court by California Reconveyance Company, and good cause appearing therefor,

　　　　**IT IS HEREBY ORDERED** that the motion is granted;

1    **IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiffs on
2    August 25, 2009, in the Official Records of the Lyon County, Nevada Recorder, as Document No.
3    447286 (a copy of which is attached hereto as **Exhibit 1**) is hereby expunged and fully discharged,
4    and is of no further force and effect for any purposes; and,
5    **IT IS FURTHER ORDERED** that the real property located at 1329 Winnie's Lane,
6    Fernley, Lyon County, Nevada 89408 (APN 022-226-04), which was the subject of this action, is
7    fully exonerated from the referenced Notice of Lis Pendens.

Dated November 20, 2013.

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

APN# 022-221-01

**Recording Requested by:**

Name Law Office Rick Lawton

Address 543 E Reno Hwy

City/State/Zip Fallon, NV 89406

**Mail Tax Statements to:**

Name N/A

Address _____

City/State/Zip _____

---

DOC # 447286
08/25/2009   10 07 AM
Official Record
Requested By
LAW OFFICE OF RICK LAWTON
Lyon County - NV
Mary C Milligan - Recorder
Page 1   of 3   Fee  $16 00
Recorded By CDL   RPTT

0447286

---

Notice of Lis Pendens
**Title of Document**
(Required Field)

FILL IN ALL THAT APPLY

The Undersigned Hereby Affirms That This Document Submitted For Recording Contains Personal Information As Required By Law*-

Specify Law* _____    Signature _____

Specify Law* _____    Print Name _____   Title _____

*If there is no applicable State or Federal Law, Personal Information must be removed prior to recording

If this document is a re-record or correction, fill out below

Correcting Document# _____ Amending _____

Reason for re-record

(For Re-records, all pages from original document must be included, $25 Non-conforming Fee Applies)

If legal description is in metes & bounds, indicate where it was obtained

_____ ( Document Title), Book _____ Page _____ or

Document # _____ recorded _____ (date) in the

Lyon County Recorder's Office
-OR-
If prepared by a surveyor, provide name and address

_____

Personal information* means a natural person s first name or first initial and last name in combination with any one or more of the following data elements
1  Social security number
2  Driver's license number or identification card number
3  Account number, credit card number or debit card number  in combination with any required security code, access code or password

This page added to provide additional information required by NRS 111 312 Sections 1-4
($1 00 Additional Recording Fee Applies)

447286   08/25/2009
002 of 3

Case No. CI20275

Dept. No. III

The undersigned hereby affirms that this
Document does not contain a social security no

FILED

2009 AUG 25 AM 9:38

Andrea Andersen

IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF LYON

FRED MESI and ERIC MESI,

Plaintiffs

vs.

WASHINGTON MUTUAL F.A, a Federal Savings Bank; CALIFORNIA RECONVEYANCE COMPANY, a Foreign California Corporation, La SALLE BANK, N A as Trustee for Wa Mu MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 TRUST;..WESTERN EXCHANGE SERVICES CORP, a Nevada Corporation, WESTERN TITLE COMPANY, INC. a Nevada Corporation; GENEVA MARTRAKUS, DANITA F. FALLEN, and MESHELLE BAGGERMAN, individually, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC , a Delaware corporation, [MERS], BANK OF AMERICA CORPORATION, N.A, and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action

Defendants.

**NOTICE BY PLAINTIFF**

**OF PENDENCY OF ACTION**

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to Quiet the Title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim

Rick Lawton's Law Office
5435 Reno Hwy
PO Box 1740
Fallon, Nevada 89406
Ph 775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

1

447286  08/25/2009
003 of 3

estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Lyon, State of Nevada, and are more particularly described as follows:

The action pertains to the following described property.

    1329 WINNIE'S LANE, FERNLEY, NEVADA 89408

All that real property situated in the County of Lyon, State of Nevada, described as follows

Lot 87, as shown on the Final Map of UPLAND RANCH ESTATES UNIT NO. 8, according to map thereof, filed in the office of the County Recorder of Lyon County, State of Nevada, on October 08, 2004, as document No 332868, and amended by Certificate of Amendment on December 23, 2004, as Document No. 33009.

APN: 022-226-04

DATED: This 25 day of August, 2009

RICK LAWTON, ESQUIRE
Attorney at Law
5435 Reno Hwy.
Fallon, Nevada 89406

By /s/ Rick Lawton
RICK LAWTON, Esquire

**CERTIFIED COPY**
The document to which this certificate is attached is a full, true and correct copy of the original on file and/or of record in my office

DATE August 25, 2009

[Clerk signature block, partially illegible] ... Clerk of the ... Court of the State of Nevada, in and for Lyon County.

By /s/ Andrea Andersen
    Deputy

Rick Lawton's Law Office

5435 Reno Hwy
PO Box 1740
Fallon, Nevada 89406
Ph 775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

2