1
2
3
4
5

## UNITED STATES DISTRICT COURT

6

## DISTRICT OF NEVADA

7

8  FRED MESI and ERIC MESI,                           )   CASE NO:      3:09-cv-00582-JCM-VPC
                                                      )
9              Plaintiffs,                            )
                                                      )
10  vs.                                               )   **ORDER EXPUNGING/CANCELING**
                                                      )   **NOTICE OF LIS PENDENS**
11  WASHINGTON MUTUAL F. A., a Federal                )
12  Savings Bank; CALIFORNIA                          )
    RECONVEYANCE COMPANY, a Foreign                   )
13  California Corporation; LaSALLE BANK, N. A.)
    as Trustee for Wa Mu MORTGAGE                     )
14  PASS- THROUGH CERTIFICATES SERIES                 )
    2006-AR7 TRUST;   WESTERN EXCHANGE)
15  SERVICES CORP, a Nevada Corporation,              )
    WESTERN TITLE COMPANY, INC., a                    )
16  Nevada Corporation; GENEVA MARTRAKUS,)
    DANITA F. FALLEN, and MESHELLE                    )
17  BAGGERMAN, individually; MORTGAGE                 )
    ELECTRONIC REGISTRATION SYSTEM,                   )
18  INC., a subsidiary of MERSCORP, INC., a           )
    Delaware corporation, [MERS]; BANK OF             )
19  AMERICA CORPORATION, N.A.; and                    )
20  DOES 1-25 CORPORATIONS, DOES and                  )
    ROES 1-25 Individuals, [Partnerships, or          )
21  anyone claiming any interest to the property      )
    described in the action,                          )
22                                                    )
23             Defendants.                            )
   _____)
24

25       The Court, having considered the Motion to Expunge/Cancel Notice of Lis Pendens, filed

26  with the Court by California Reconveyance Company, and good cause appearing therefor,

27       **IT IS HEREBY ORDERED** that the motion is granted;

28

**IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiffs on August 25, 2009, in the Official Records of the Lyon County, Nevada Recorder, as Document No. 447286 (a copy of which is attached hereto as **Exhibit 1**) is hereby expunged and fully discharged, and is of no further force and effect for any purposes; and,

**IT IS FURTHER ORDERED** that the real property located at 1329 Winnie's Lane, Fernley, Lyon County, Nevada 89408 (APN 022-226-04), which was the subject of this action, is fully exonerated from the referenced Notice of Lis Pendens.

Dated November 20, 2013.

_____
UNITED STATES DISTRICT JUDGE