UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED MESI and ERIC MESI,<br><br>        Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL F. A., a Federal Savings Bank; CALIFORNIA RECONVEYANCE COMPANY, a Foreign California Corporation; LaSALLE BANK, N. A. as Trustee for Wa Mu MORTGAGE PASS- THROUGH CERTIFICATES SERIES 2006-AR7 TRUST;   WESTERN EXCHANGE SERVICES CORP, a Nevada Corporation, WESTERN TITLE COMPANY, INC., a Nevada Corporation; GENEVA MARTRAKUS, DANITA F. FALLEN, and MESHELLE BAGGERMAN, individually; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BANK OF AMERICA CORPORATION, N.A.; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action,<br><br>        Defendants. | CASE NO:    3:09-cv-00582-JCM-VPC<br><br>**ORDER EXPUNGING/CANCELING NOTICE OF LIS PENDENS** |

      The Court, having considered the Motion to Expunge/Cancel Notice of Lis Pendens, filed with the Court by California Reconveyance Company, and good cause appearing therefor,

      **IT IS HEREBY ORDERED** that the motion is granted;

1    **IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiffs on
2    August 25, 2009, in the Official Records of the Lyon County, Nevada Recorder, as Document No.
3    447286 (a copy of which is attached hereto as **Exhibit 1**) is hereby expunged and fully discharged,
4    and is of no further force and effect for any purposes; and,

5    **IT IS FURTHER ORDERED** that the real property located at 1329 Winnie's Lane,
6    Fernley, Lyon County, Nevada 89408 (APN 022-226-04), which was the subject of this action, is
7    fully exonerated from the referenced Notice of Lis Pendens.

Dated November 20, 2013.

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

APN# 022-221-01

**Recording Requested by:**

Name: Law Office Bill Lawton

Address: 543 Reno Hwy

City/State/Zip: Fallon, NV 89406

**Mail Tax Statements to:**

Name: N/A

Address: _____

City/State/Zip: _____

---

**DOC # 447286**
08/25/2009    10:07 AM
**Official Record**
Requested By
LAW OFFICE OF RICK LAWTON
Lyon County - NV
Mary C Milligan - Recorder
Page 1 of 3    Fee $16.00
Recorded By CDL    RPTT

0447286

---

Notice of Lis Pendens
**Title of Document**
(Required Field)

FILL IN ALL THAT APPLY

The Undersigned Hereby Affirms That This Document Submitted For Recording Contains Personal Information As Required By Law*-

Specify Law* _____    Signature _____

Specify Law* _____    Print Name _____    Title _____

*If there is no applicable State or Federal Law, Personal Information must be removed prior to recording

If this document is a re-record or correction, fill out below

Correcting Document# _____ Amending _____

Reason for re-record _____

(For Re-records, all pages from original document must be included, $25 Non-conforming Fee Applies)

If legal description is in metes & bounds, indicate where it was obtained

_____ (Document Title), Book _____ Page _____ or

Document # _____ recorded _____ (date) in the Lyon County Recorder's Office

-OR-

If prepared by a surveyor, provide name and address

_____

_____

Personal information* means a natural person's first name or first initial and last name in combination with any one or more of the following data elements
1. Social security number
2. Driver's license number or identification card number
3. Account number, credit card number or debit card number in combination with any required security code, access code or password

This page added to provide additional information required by NRS 111.312 Sections 1-4
($1.00 Additional Recording Fee Applies)

447286   08/25/2009
002 of 3

| | |
|---|---|
| Case No. CI20275 | FILED |
| Dept. No. III | 2009 AUG 25 AM 9:38 |
| The undersigned hereby affirms that this Document does not contain a social security no | Andrea Andersen |

IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF LYON

FRED MESI and ERIC MESI,

    Plaintiffs

vs.

WASHINGTON MUTUAL F.A, a Federal Savings Bank; CALIFORNIA RECONVEYANCE COMPANY, a Foreign California Corporation, La SALLE BANK, N A as Trustee for Wa Mu MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 TRUST;..WESTERN EXCHANGE SERVICES CORP, a Nevada Corporation, WESTERN TITLE COMPANY, INC. a Nevada Corporation; GENEVA MARTRAKUS, DANITA F. FALLEN, and MESHELLE BAGGERMAN, individually, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS], BANK OF AMERICA CORPORATION, N.A, and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action

    Defendants.

**NOTICE BY PLAINTIFF**

**OF PENDENCY OF ACTION**

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to Quiet the Title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim

Rick Lawton's Law Office
5435 Reno Hwy
P O Box 1740
Fallon, Nevada 89406
Ph 775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

1

447286   08/25/2009
003 of 3

estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Lyon, State of Nevada, and are more particularly described as follows:

The action pertains to the following described property.

    1329 WINNIE'S LANE, FERNLEY, NEVADA 89408

All that real property situated in the County of Lyon, State of Nevada, described as follows

Lot 87, as shown on the Final Map of UPLAND RANCH ESTATES UNIT NO. 8, according to map thereof, filed in the office of the County Recorder of Lyon County, State of Nevada, on October 08, 2004, as document No 332868, and amended by Certificate of Amendment on December 23, 2004, as Document No. 33009.

APN 022-226-04

DATED: This 25 day of August, 2009

RICK LAWTON, ESQUIRE
Attorney at Law
5435 Reno Hwy.
Fallon, Nevada 89406

By /s/ RICK LAWTON, Esquire

**CERTIFIED COPY**
The document to which this certificate is attached is a full, true and correct copy of the original on file and/or of record in my office

DATE August 25, 2009

Nancy J. [illegible] Clerk of the [illegible] Court of the State of Nevada, in and for Lyon County.

By Andrea Andersen
        Deputy

Rick Lawton's Law Office

5435 Reno Hwy
PO Box 1740
Fallon, Nevada 89406
Ph 775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

2