# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| FRED MESI and ERIC MESI,<br><br>   Plaintiffs,<br><br>vs.<br><br>WASHINGTON MUTUAL F. A., a Federal Savings Bank; CALIFORNIA RECONVEYANCE COMPANY, a Foreign California Corporation; LaSALLE BANK, N. A. as Trustee for Wa Mu MORTGAGE PASS- THROUGH CERTIFICATES SERIES 2006-AR7 TRUST;   WESTERN EXCHANGE SERVICES CORP, a Nevada Corporation, WESTERN TITLE COMPANY, INC., a Nevada Corporation; GENEVA MARTRAKUS, DANITA F. FALLEN, and MESHELLE BAGGERMAN, individually; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BANK OF AMERICA CORPORATION, N.A.; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action,<br><br>   Defendants. | CASE NO:   3:09-cv-00582-JCM-VPC<br><br>**ORDER EXPUNGING/CANCELING NOTICE OF LIS PENDENS** |

The Court, having considered the Motion to Expunge/Cancel Notice of Lis Pendens, filed with the Court by California Reconveyance Company, and good cause appearing therefor,

   **IT IS HEREBY ORDERED** that the motion is granted;

1  **IT IS FURTHER ORDERED** that the Notice of Lis Pendens recorded by Plaintiffs on
2  August 25, 2009, in the Official Records of the Lyon County, Nevada Recorder, as Document No.
3  447286 (a copy of which is attached hereto as **Exhibit 1**) is hereby expunged and fully discharged,
4  and is of no further force and effect for any purposes; and,

5  **IT IS FURTHER ORDERED** that the real property located at 1329 Winnie's Lane,
6  Fernley, Lyon County, Nevada 89408 (APN 022-226-04), which was the subject of this action, is
7  fully exonerated from the referenced Notice of Lis Pendens.

Dated November 20, 2013.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

APN# 022-221-01

**Recording Requested by:**

Name Law Office Rick Lawton

Address 543 Reno Hwy

City/State/Zip Fallon, NV 89406

**Mail Tax Statements to:**

Name N/A

Address _____

City/State/Zip _____

DOC # 447286
08/25/2009    10:07 AM
**Official Record**
Requested By
LAW OFFICE OF RICK LAWTON
Lyon County - NV
Mary C Milligan - Recorder
Page 1 of 3    Fee  $16.00
Recorded By CDL    RPTT

0447286

Notice of Lis Pendens
**Title of Document**
(Required Field)

FILL IN ALL THAT APPLY

The Undersigned Hereby Affirms That This Document Submitted For Recording Contains Personal Information As Required By Law*-

_____    _____
Specify Law*                Signature

_____    _____    _____
Specify Law*                Print Name                Title

*If there is no applicable State or Federal Law, Personal Information must be removed prior to recording

If this document is a re-record or correction, fill out below

Correcting Document# _____ Amending _____

Reason for re-record

(For Re-records, all pages from original document must be included, $25 Non-conforming Fee Applies)

If legal description is in metes & bounds, indicate where it was obtained

_____ ( Document Title), Book _____ Page _____ or

Document #_____ recorded _____ (date) in the

Lyon County Recorder's Office
-OR-
If prepared by a surveyor, provide name and address

_____

_____

Personal information* means a natural person's first name or first initial and last name in combination with any one or more of the following data elements
1  Social security number
2  Driver's license number or identification card number
3  Account number, credit card number or debit card number in combination with any required security code, access code or password

This page added to provide additional information required by NRS 111 312 Sections 1-4
($1.00 Additional Recording Fee Applies)

447286  08/25/2009
002 of 3

Case No. CI20275

Dept. No. III

The undersigned hereby affirms that this
Document does not contain a social security no

FILED

2009 AUG 25 AM 9: 38

Andrea Andersen

## IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF LYON

FRED MESI and ERIC MESI.

    Plaintiffs

vs.

WASHINGTON MUTUAL F.A, a Federal Savings Bank; CALIFORNIA RECONVEYANCE COMPANY, a Foreign California Corporation, La SALLE BANK, N A as Trustee for Wa Mu MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 TRUST;..WESTERN EXCHANGE SERVICES CORP, a Nevada Corporation, WESTERN TITLE COMPANY, INC. a Nevada Corporation; GENEVA MARTRAKUS, DANITA F. FALLEN, and MESHELLE BAGGERMAN, individually, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC , a Delaware corporation, [MERS], BANK OF AMERICA CORPORATION, N.A, and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action

    Defendants.

**NOTICE BY PLAINTIFF**

**OF PENDENCY OF ACTION**

    NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to Quiet the Title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim

Rick Lawton's Law Office
5435 Reno Hwy
P O Box 1740
Fallon, Nevada 89406
Ph  775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

1

447286   08/25/2009
003 of 3

1  estate or interest therein of said Defendants, adverse to said Plaintiffs, and the premises
2  affected by this suit are situated in the County of Lyon, State of Nevada, and are more
3  particularly described as follows:
4
5  The action pertains to the following described property.
6
7      1329 WINNIE'S LANE, FERNLEY, NEVADA 89408
8      All that real property situated in the County of Lyon, State of
       Nevada, described as follows
9
10     Lot 87, as shown on the Final Map of UPLAND RANCH
       ESTATES UNIT NO. 8, according to map thereof, filed in the
11     office of the County Recorder of Lyon County, State of
       Nevada, on October 08, 2004, as document No 332868, and
12     amended by Certificate of Amendment on December 23,
       2004, as Document No. 33009.
13
14     APN: 022-226-04
15
       DATED: This 25 day of August, 2009
16
17                                          RICK LAWTON, ESQUIRE
                                            Attorney at Law
18                                          5435 Reno Hwy.
                                            Fallon, Nevada 89406
19
20          CERTIFIED COPY                  By /s/ Rick Lawton
21     The document to which this certificate is    RICK LAWTON, Esquire
       attached is a full, true and correct copy of the
22     original on file and/or of record in my office

23     DATE August 25, 2009
       Nancy J. _____ Clerk of
24     the _____ Court of the State
       of Nevada, in and for Lyon County.
25
       By Andrea Andersen
26                  Deputy

5435 Reno Hwy
PO Box 1740
Fallon, Nevada 89406
Ph 775-867-5599
FAX 775-867-2559
lawtonrick@earthlink.net

2

Rick Lawton's Law Office